```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  ELLEN V. ENDRIZZI
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone (916) 554-2716
```



FILED
JUL 13 2005
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

2:05 - CR - 0277 MCE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. S- |
| Plaintiff, | VIOLATIONS: 18 U.S.C. § 871(a) - Threat Against the President (2 Counts) |
| v. | |
| ANTHONY JOSEPH BIER, | |
| Defendant. | |

**I N D I C T M E N T**

<u>COUNT ONE</u>:  [18 U.S.C. § 871(a) - Threat Against the President]

The Grand Jury charges: T H A T

ANTHONY JOSEPH BIER,

defendant herein, on or about February 15, 2005, in the City of Copperopolis, State and Eastern District of California, did knowingly and willfully make a threat to take the life of and to inflict bodily harm upon the President of the United States, in violation of Title 18, United States Code, Section 871(a).

///
///
///

1  COUNT TWO:        [18 U.S.C. § 871(a) - Threat Against the President]
2       The Grand Jury further charges: T H A T
3                    ANTHONY JOSEPH BIER,
4  defendant herein, on or about June 10, 2005, in the City of
5  Copperopolis, State and Eastern District of California, did
6  knowingly and willfully make a threat to take the life of and to
7  inflict bodily harm upon the President of the United States, in
8  violation of Title 18, United States Code, Section 871(a).

                              A TRUE BILL.

                         /s/ Signature on file w/AUSA
                         _____
                              FOREPERSON

_/s/_
MCGREGOR W. SCOTT
United States Attorney

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

---

## THE UNITED STATES OF AMERICA
*vs.*

### ANTHONY JOSEPH BIER

---

### I N D I C T M E N T

**VIOLATION(S):** 18 U.S.C. § 871(a) - Threat Against the President
(2 Counts)

---

*A true bill,*

/s/

_____ *Foreman.*

Filed in open court this __13th__ day
of __July__, A.D. 20 __05__

_____ *Clerk.*

Bail, $ __0__

---

GPO 863 525

2:05 - CR - 0277 MCE

## PENALTY SLIP

### ANTHONY JOSEPH BIER

**COUNTS ONE and TWO**

For each count
VIOLATION: 18 U.S.C. § 871(a) - Threat Against the President
PENALTY: Not more than $250,000 fine, or
Not more than 5 years imprisonment, or both
Not more than 1 years of supervised release

PENALTY
ASSESSMENT: $100.00 special assessment each count

2:05 - CR - 0277 MCE