```
 1  QUIN DENVIR, Bar #49374
    Federal Defender
 2  LINDA HARTER, Bar # 179741
    Assistant Federal Defender
 3  801 I  Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    ANTHONY J. BIER
 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,      )  No. CR-S-05-0277 MCE
                                   )
13              Plaintiff,         )
                                   )  STIPULATION AND [PROPOSED] ORDER
14       v.                        )
                                   )
15  ANTHONY J. BIER,               )  Date: August 16, 2005
                                   )  Time: 8:30 a.m.
16              Defendant.         )  Judge: Morrison C. England, Jr.
                                   )
17  _____)

18

19       It is hereby stipulated between the parties, Ellen Endrizzi,

20  Assistant United States Attorney, attorney for Plaintiff, Linda Harter,

21  attorney for defendant, ANTHONY J. BIER, as follows:

22       It is agreed that the current Status Conference date of August 9,

23  2005, be vacated and a new status conference date of August 16, 2005 at

24  8:30 a.m. be set.  The time is excluded pursuant to U.S.C.

25  §3161(h)(8)(A) and Local Code T4.

26  ///

27  ///

28  ///
```

```
 1        Defense counsel has received discovery in this case and needs to
 2   review it with the client.  Defense counsel will be out of the country
 3   from July 25, 2005 to August 10, 2005.
 4   Dated: July 27, 2005
```

Respectfully submitted,

QUIN DENVIR
Federal Defender

/s/ Linda Harter
_____
LINDA HARTER
Assistant Federal Defender
Attorney for Defendant
ANTHONY J. BIER


MCGREGOR W. SCOTT
United States Attorney

Dated: July ____,2005

/s/ Ellen Endrizzi
_____
ELLEN ENDRIZZI
Assistant U.S. Attorney


**ORDER**

**IT IS SO ORDERED.**

Dated: August 11, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2