McGREGOR W. SCOTT
United States Attorney
ELLEN V. ENDRIZZI
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2716

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 2:05-cr-0277 MCE |
| | ) | |
| Plaintiff, | ) | **APPLICATION AND ORDER TO UNSEAL** |
| | ) | **TRANSCRIPT** |
| v. | ) | |
| | ) | |
| ANTHONY JOSEPH BIER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On March 15, 2006, a jury convicted Defendant Anthony Bier
of two counts of threatening to kill the President of the United
States, violations of 18 U.S.C. § 871(a).  The defendant has
filed a Notice of Appeal of his conviction and sentence, and the
Ninth Circuit has set briefing dates.

On March 8, 2006, following the Court's denial of the
defendant's motion to present a duress defense, the Court held an
ex parte discussion with the defendant and that portion of the
transcript was ordered sealed.

The United States now respectfully requests that the
transcript be unsealed so that it may fully prepare for any

1 issues that the defendant may raise on appeal, such as

2 ineffective assistance of counsel.

3 DATED:  August 30, 2006

4                              Respectfully submitted,

5                              McGREGOR W. SCOTT
                               United States Attorney

6

7                     By:  /s/ Ellen V. Endrizzi

8                          ELLEN V. ENDRIZZI
                           Assistant U.S. Attorney

9

10

11                        **O R D E R**

12     IT IS HEREBY ORDERED, for good cause shown, that the sealed

13 portion of the March 8, 2006 transcript in the above-captioned

14 case be UNSEALED.

15 DATED: September 8, 2006

16

17

18 _____
   MORRISON C. ENGLAND, JR

19 UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28

                              2